**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford                                                Tel. (212) 608-1260
Associate Counsel                                            Fax (1646) 430-8944
                                                             Cell: (917) 553-6704
                                                             grgoltzer@gmail.com

June 13, 2021

Hon. Kevin P. Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

> Application Granted.
> SO ORDERED.
> Dated: 6/15/2021
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: *United States v. Serhan,* 19 cr. 764 (KPC)

Dear Judge Castel:

Please accept this letter as an application, on behalf of defendant Serhan, for whom I have been appointed, for the following relief:

[ 1. An order appointing my full time associate, Ying Stafford, as associate counsel, at the rate of $122.00 per hour, the normal rate for full time associates, for seventy five hours; *n*unc *pro tunc* from May 17, 2021 and

2. An order permitting counsel to file interim vouchers. ]

Ms. Stafford is an experienced federal practitioner who has worked with me on several complex matters, including U.S. v. Basciano, 05 Cr. 60 (NGG), the death penalty trial of the acting boss of the Bonano crime family. Mr. Stafford's contribution to the defense will facilitate client contact and discovery review, all of her hours at a lower rate than mine.

If this application is agreeable, may I impose upon Your Honor to "so order" this letter and post it on ECF. Thank you for your consideration. I remain

                                    Respectfully,
                                    *S/GRGoltzer*

-1-

George R. Goltzer

All parties via ECF

GRG/ms