Conference is moved up to June 7, 2022 at 4:30 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  5/18/2022

*P. Kevin Castel*
United States District Judge

**George Robert Goltzer**
**Attorney At Law**
**152 West 57th Street**
**8th Floor**
**New York, NY 10019**

Ying Stafford
Associate Counsel

Tel.  (2 12) 608-1260
Fax (1646) 430-8944
Cell: (917) 553-6704
grgoltzer@gmail.com

May 18, 2022

P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007
Via ECF and email

Re: *United States v. Serhan,* 19 Cr. 764 (PKC)

Dear Judge Castel:

    Please accept this letter as an application, with government consent, for an order continuing the status conference to the afternoon of June 23, any time on June 24, or any date thereafter convenient to the Court. The case is currently scheduled for conference on June 14, 2022, when I will be trying a murder case before Judge Oetken. If Your Honor wishes to have an earlier conference, I will be out of state preparing my trial from May 19, until about June 3, but am available remotely.

    I further request that on the next conference date the Court conduct an *ex parte* conference with Mr. Serhan and defense counsel about current representation. Mr. Serhan just told me that he is quite unhappy with my representation and would like new counsel as soon as possible. I am his first CJA Attorney and am of the view that he should be given a new lawyer. He and I, in my opinion, have reached an irreparable impasse in the relationship.

    I consent to the exclusion of speedy trial time.

    If this application is agreeable to the Court, may I impose upon Your Honor to "so order" this

letter and have Chambers publish it via ECF and send a copy to counsel via email at the above address. Thank you for your consideration. I remain

           Respectfully
           S/*GRGoltzer*
           George R. Goltzer

cc: All parties via ECF and email