UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                          19-cr-764 (PKC)

      -against-                                      ORDER

AHMED OMAIS SERHAN,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

Mark L. Stein is appointed pursuant to the Criminal Justice Act as additional counsel for defendant Ahmed Omais Serhan solely for the purpose of advising on pretrial matters including plea negotiations and whether there should be substitution of counsel. George Goltzer remains counsel for all purposes. The next conference in the matter is scheduled for July 6, 2022 at 4:00 p.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 7, 2022