

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 21, 2023

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Serhan, 19 Cr. 764 (PKC)**

Dear Judge Castel:

    The Government writes to respectfully request, with the consent of defense counsel, a two-day adjournment of the Government's deadline for submitting its sentencing submission in the above-captioned case, from September 26, 2023 to September 28, 2023. The bases for this request are the undersigned Assistant United States Attorney's travel this week and the Jewish holiday on September 25, 2023.

    The Government appreciates the Court's consideration of this request.

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

9-22-23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/S/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc:    Mark J. Stein, Esq. (by ECF)