**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 22, 2024

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application granted. SO ORDERED. /s/ [signature] USDJ 4-24-24*

Re:    *United States v. Serhan, et al.*, 19 Cr. 764 (PKC)

Dear Judge Castel:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of April 26, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Gillian Grossman
Gillian Grossman
Assistant United States Attorney
Southern District of New York
(212) 637-2188

cc: Defense Counsel (via ECF)