

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 31, 2025

> The government is granted until February 10 to decide whether to seek declarations from defense counsel and, if so, to submit any required orders or proposed waivers implementing same. If it elects not to seek declarations, then it should request that the Court set a schedule at that time.
> SO ORDERED.
> Dated: 1/31/2025
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Serhan*, 19 Cr. 764 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter to request an adjournment of the Government's time to respond to the defendant's *pro se* petition (the "Petition") brought under 28 U.S.C. § 2255 (Dkt. 76). The Government's response is currently due on February 10, 2025. (Dkt. 77). Although the Government believes that certain of the arguments set forth in the Petition can likely be resolved on legal grounds alone, the Government is considering whether, in order to fully resolve the Petition, it is necessary to obtain a statement from defense counsel responding to the allegations of ineffective assistance, *see* Rule 7 of the Rules Governing Section 2255 Proceedings for the United States District Courts, and whether the Government will thus seek a proposed order directing defense counsel to file such a declaration and the defendant to execute an informed consent.

Accordingly, the Government respectfully requests an additional two weeks from February 10, 2025 (*i.e.*, February 24, 2025) to inform the Court whether it believes such a declaration is required (and to submit a proposed order to the Court, if so). If such a declaration is needed, the Government would respectfully request that defense counsel be ordered to provide a declaration within approximately 60 days of February 24, 2025 (*i.e.*, April 25, 2025), and that the Government be permitted to respond within 45 further days (*i.e.*, June 9, 2025). If such a declaration is not required, the Government would respectfully request that the Government be permitted to respond within 45 days of February 24, 2025 (*i.e.*, April 10, 2025).

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By:   /s/
Kaylan Lasky / Elinor L. Tarlow
Assistant United States Attorneys
(212) 637-2315 / 1036

Cc:   *Pro se* defendant (via U.S. mail)