

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 21, 2025

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The government may respond by September 9, 2025.
SO ORDERED.
Dated: 8/22/25
                                  /s/ P. Kevin Castel
                                  P. Kevin Castel
                                  United States District Judge

Re:   *United States v. Serhan*, 19 Cr. 764 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter to request a one-week adjournment of the Government's time to respond to the defendant's *pro se* petition (the "Petition") brought under 28 U.S.C. § 2255 (Dkt. 76), which is currently due on September 2, 2025. (Dkt. 77). The Government is working to respond to the defendant's 47-page Petition, but is requesting a short extension in light of upcoming travel and the press of other business. If the Court grants the Government's request, its answer will be due on September 9, 2025.

                                  Respectfully submitted,

                                  JAY CLAYTON
                                  United States Attorney

                              By: _____/s/_____
                                  Kaylan Lasky / Elinor L. Tarlow
                                  Assistant United States Attorneys
                                  (212) 637-2315 / 1036

Cc:   *Pro se* defendant (via U.S. mail)