

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

September 5, 2025

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Serhan*, 19 Cr. 764 (PKC)

Dear Judge Castel:

The Government respectfully submits this letter to request a final one-week adjournment of the Government's time to respond to the defendant's *pro se* petition (the "Petition") brought under 28 U.S.C. § 2255 (Dkt. 76), which is currently due on September 9, 2025. (Dkt. 88), based on the press of other business. If the Court grants the Government's request, its answer will be due on September 16, 2025. This will be the Government's last adjournment request.

            Respectfully submitted,

            JAY CLAYTON
            United States Attorney

         By: /s/
            Kaylan Lasky / Elinor L. Tarlow
            Assistant United States Attorneys
            (212) 637-2315 / 1036

Cc: *Pro se* defendant (via U.S. mail)

Application Granted.

So Ordered: _____
        Hon. P. Kevin Castel, U.S.D.J.

9-5-25